UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

       -v.-                       :     08 Cr.

ISRAEL GONZALEZ,                   :

       Defendant.               :     **08 CRIM 703**

- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about May 7, 2008, in the Southern District of New York, ISRAEL GONZALEZ, the defendant, unlawfully, wilfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about May 12, 1983, in New York Supreme Court, Bronx County, for Criminal Possession of a Weapon in the Third Degree, a Class D felony, in violation of New York Penal Law 265.02, did possess in and affecting commerce, a firearm, to wit, a 30-30 Winchester rifle, and ammunition, to wit, six 30-30 Winchester rounds, and ten Federal .308 Winchester rounds, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                            MICHAEL J. GARCIA
                                      United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ISRAEL GONZALEZ,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Angela L. Luna*
Foreperson.

7/30/08 Filed Indictment. A/W Issued. Case assigned to Judge Scheindlin d/May. J. Kay